18,857-18

September 17, 2015

Mr. Abel Acosta, Clerk
Court Of Criminal Appeals Of Texas
P.O. Box 12308•Capitol Station
Austin, Texas 78711•USA

Tr.Ct. No. 17111-K WR-18,857-18

Dear Mr. Abel Acosta Sir,

Please, acknowledge on date of 3/2/2015 I have notice from you, On this date the application for 11.07 Writ of Habeas Corpus has been recieved and presented to the Court.

Please, allow me to hear from you at your earlies conveninces on the status of my case! Your attention to this matter very much appreciated!

Most Sincerely Yours,

Gilbert Joby Damian

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 28 2015
Abel Acosta, Clerk